FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| APPVION OPERATIONS, INC.<br>AND DOMTAR CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | **S U M M O N S**<br><br>Court No. 21-cv-00634 |

**TO:** The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. <u>Name and Standing of Plaintiff</u>
   Plaintiffs are Appvion Operations, Inc. ("Appvion") and Domtar Corporation ("Domtar") (domestic producers of subject merchandise). Plaintiffs were petitioners in the proceeding that led to the contested determination and are interested parties pursuant to 19 U.S.C. §1677(9)(C). Plaintiffs have standing to bring this action under 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>
   Plaintiffs contest certain aspects of the final determination made by the International Trade Administration of the U.S. Department of Commerce in the antidumping investigation of thermal paper from Germany. The final determination was published as *Thermal Paper From Germany: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, in Part*, 86 Fed. Reg. 54152 (Dep't Commerce September 30, 2021).

3. <u>Date of Determination</u>
   The final determination was issued on September 24, 2021. Plaintiffs timely file this summons within thirty (30) days of the antidumping duty order based on the final affirmative determination. *See* 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and 19 U.S.C. § 1516a(a)(2)(B)(i).

39607125

4.  <u>Date of Publication of Notice of Contested Determination</u>
    The final determination was published in the Federal Register on September 30, 2021.


<u>December 22, 2021</u>          */s/ Stephen J. Orava* _____
      Date                            Stephen J. Orava
                                SOrava@KSLAW.com

                                King & Spalding LLP
                                1700 Pennsylvania Avenue, NW
                                Washington, DC  20006-4706
                                (202) 737-0500

39607125

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch- Civil Division
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, NY  10278-0140

Jeanne E. Davidson
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Leslie Kiernan
General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 5875
Washington, DC  20230

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C. 20230

39607125